| Date | Pleading Number | |
|------|----------------|---|
| 4/9/71 | | OPINION AND ORDER dividing litigation intwo two parts.  Judge Edelstein, S.D. N.Y., assigned commercial paper cases.  Order vacates COT's in Harry Lewis, Dura-Bilt and Starkman Cases.  Copies to transferee clerks, transferee judges, transferor clerks and judges; counsel; publishers; members of the Panel. |
| | | Separate docket sheets and attorney lists will be maintained for each separate group - Commercial Paper Cases will be MDL-56A |
| 4/21/71 | 1. | GLEN OAKS CLUB V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 756 |
| | | Motion and Brief to vacate 3/10/71 CTO from plaintiff |
| 4/26/71 | 2. | FRANKLIN SAVINGS BANK OF N.Y. V. GUSTAVE L. LEVY, S. N.Y., 71 Civ. 882DNE |
| | | Pltf's motion & spptg. memo to vacate 3/17/71 CTO. |
| 4/29/71 | | GLEN OAKS CLUB V. GOLDMAN, SACHS & CO., S.D.N.Y. 71 Civ. 756 |
| | | LANDMARK COMM. V. GOLDMAN, SACHS, S.D.N.Y.,71 Civ. 761 |
| | | FRANKLIN SAVINGS V. GUSTAVE L. LEVY, S.D.N.Y., 71 Civ. 882 DNE |
| | | MARINE MIDLAND BK. OF N.Y. V. GOLDMAN, SACHS, S.D.N.Y.  71 Civ. 1158 |
| | | UNIV. OF S.CAL. V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1268 |
| | | A.C.MONK V. GOLDMAN, SACHS & CO., E.D.N.CAR., 728 |
| | | MFG. BK AND TRUST OF ST. LOUIS V. GOLDMAN, SACHS & CO., E.D.MO., 71 C 161 |
| | | MALLINCKRODT CHEMICAL WORKS V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1437 |
| | | U.S.TRUST CO. OF N.Y. V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1295 |
| | | DYMO IND. V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1440 |
| | | ALTON BOX GOARD CO. V. GOLDMAN, SACHS & CO. E.D.MO., 71 C 185(4) |
| | | CALIF. INST. OF THE ARTS V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1504 |
| | | GULF & S.AM. SS CO. V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1272 DNE |
| | | HELEN F. MANLOWE V. GOLDMAN SACHS, S.D.N.Y., 71 Civ. 1316 |
| | | AM. EXPRESS CO. V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1590 DNE |
| | | CTO entered today.  Sent to counsel and involved judges. |
| 5/6/71 | | DAVID PESIN V. GOLDMAN, SACHS & CO., S.D. N.Y. 71 Civ. 1750 |
| | | CTO entered today.  Sent to counsel and involved judges. |
| 5/13/71 | | NIAGARA PERMANENT SAVINGS AND LOAN ASSOC. V. GOLDMAN, SACHS, S.D.N.Y. |
| | | 71 Civ. 1554 - CTO entered today.  Sent to counsel, involved judges/ |
| 5/17/71 | | GLENOAKS CLUB B. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 756 |
| | | FRANKLIN SAVINGS BANK V. GUSTAVE L. LEVY, S.D.N.Y., 71 Civ. 882 |
| | | MARINE MIDLAND BK V. GOLDMAN SACHS & CO., S.D.N.Y. 71 Civ. 1158 |
| | | UNIV. OF SOUTHERN CALIF. V. GOLDMAN, SACHS & CO., S.D.N.Y. 71 Civ. 1268 |
| | | A.C. MONK & CO. V. GOLDMAN, SACHS, E.D.N.C. 728 |
| | | MFG. BK AND TRUST CO. OF ST. LOUIS V. GOLDMAN, SACHS & CO. E.D.Mo., |
| | | 71 C 161 (2) ; AM EXPRESS V. GOLDMAN SACHS, S.D.N.Y. 71 Civ 1590 |
| | | MALLINCKRODT CHEMICAL V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 1437 DNE |
| | | U.S. TRUST CO. OF NEW YORK V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1295 |
| | | DYMO IND. V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ 1440 |
| | | ALTON BOX BOARD CO. V. GOLDMAN, SACHS, E.D.MO. 71 C  185(4) |
| | | CALIFORNIA INSTITUTE OF THE ARTS V. GOLDMAN, SACHS & CO. 71 Civ. 1504 |
| | | GULF & SOUTH AMERICAN SS CO. V. GOLDMAN SACHS 71 Civ. 1272 DNE |
| | | HELEN F. MANLOWE V. GOLDMAN, SACHS, S.D.N.Y.  71 Civ. 1316 |
| | | LANDMARK COMM. V GOLDMAN SACHS, S.D.N.Y. 71 Civ. 1440 |
| | | CTOs final today. Notified Transferee clerk, transferor clerks transferee judges and transferor judges. |
| 5/24/71 | | DAVID PESIN V. GOLDMAN, SACHS & CO., |
| | | CTO final today.  Sent to transferee clerk and transferor clerk and involved judges. |
| 6/1/71 | | NIAGARA PERMANENT SAVINGS & LOAN ASSO. V. GOLDMAN, SACHS, S.D. N.Y., |
| | | 71 Civ. 1554 - CTO final today. Notified transferee clerks and judges and transferor clerk and judges |

| Date | Pleading Number | |
|------|------|------|
| 7/23/71 | | ALEX SHULMAN V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1996 |
| | | GREENWOOD MILLS V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 2145 |
| | | JAMES M. MURPHY V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 2433 |
| | | JOHN R. WHITMORE V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 2672 |
| | | CARNEGIE MELLON UNIV. V. GOLDMAN, SACHS & CO., 71 Civ. 2698 |
| | | CLINTON WILDER AND THE BANK OF N.Y. V. GUSTAVE L. LEVY, S.D.N.Y. 71 C 2723 |
| | | CTO entered today.  Sent to counsel and involved judges. |
| 8/10/71 | | ALEX SHULMAN V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1996 |
| | | GREENWOOD MILLS V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 2145 |
| | | JAMES M. MURPHY V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 2433 |
| | | JOHN R. WHITMORE V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 2672 |
| | | CARNEGIE MELLON UNIV F. GOLDMAN, SACHS & CO. 71 Civ. 2698 |
| | | CLINTON WILDER AND THE BANK OF N.Y. V. GUSTAVEXXXXX L. LEVY |
| | | S.D.N.Y. 71 C. 2723.  CTO final today.  Sent to clerks |
| | | and involved judges. |
| 8/5/71 | | PRENTICE HALL AND SUB.PROFIT SHARING PLAN V. GOLDMAN, SACHS |
| | | S.D.N.Y., 71 Civ. 2446 (DNE) CTO entered today.  Sent to |
| | | counsel and involved judges. |
| 8/18/71 | | TRANSPORTATION MUTUAL INS. CO. V. GOLDMAN SACHS, D. MASS, 71-1543-W |
| | | CTO entered today.  Sent to counsel and involved judges. |
| 8/23/71 | | PRENTICE HALL AND SUB. PROFIT SHARING PLAN V. GOLDMAN, SACHS. |
| | | S.D.N.Y. 71 Civ. 2446 (DNE) - CTO final today.  Notified transferee |
| | | clerk, involved judges |
| 8/30/71 | 3 | TRANSPORTATION MUTUAL INSURANCE CO. V. GOLDMAN, SACHS & CO., D.Mass |
| | | 71-1548-W - Notice of Opposition received from plaintiff. |
| | | Order entered staying CTo.  Notified Counsel. |
| 9/23/71 | | TRANSPORTATION MUTUAL INS. CO. V. GOLDMAN, SACHS & CO., D. MASS 71-1548-W |
| | | ORDER- lifting stay and CTO final today.  Sent order to all counsel |
| | | and involved judges.  Sent CTO to clerks and involved judges. |
| 9/27/71 | 4 | TRANSPORTATION MUTUAL INS. CO. V. GOLDMAN, SACHS & CO., D. MASS 71-1548-W |
| | | Letter - Plaintiffs Attorney stating he will not pursue opposition. |
| 10/21/71 | | ALEX SHULMAN V. SEA FIRST NATL BANK, W.D.WASH. 9760 |
| | | MALLINCKRODT CHEMICAL V. GOLDMAN, SACHS, XX 71 Civ. 1437, S.D.N.Y. |
| | | (Dunn and Bradstreet 3d party action); Clinton Wilder v. Gustave |
| | | L. Levy, S.D.N.Y. 71 Civ. 2723 (Dunn and Bradstreet 3d party); |
| | | Cathedral Estates && Bank of N.Y. v. Gustave L. Levy, S.D. |
| | | N.Y., 71 Civ. 2438 (Goldman, Sachs & Dunn & Bradstreet 3d party |
| | | action) -- CTO entered today.  Notified counsel and judges. |
| 11/4/71 | 5 | SHULMAN V. SEATTLE FIRST NATL. BANK, W.D. WASH., C.A. 9760 |
| | | Notice of Opposition from Plaintiff:  Order entered staying CTO |
| | | Notified Counsel |
| 11/5/71 | | SHULMAN V. SEATTLE FIRST NATIONAL BANK, W.D. WASH CA 9760 |
| | | Set for hearing, 12/8/71 - Phoenix Arizona |
| 11/8/71 | | MALLINCKRODT CHEMICAL WORKS V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 1437 |
| | | (Dunn and Bradstreet); Clinton Wilder  and Bank of New York v. Gustave |
| | | L. Levy., S.D. N.Y. 71 Civ. 2723 (Dunn & Bradstreet); Cathedral Estates |
| | | v. Gustave L. Levy, S.D.N.Y. 71 Civ. 2438 (Dunn & Bradstreet and |
| | | Goldman, Sachs) - CTO final today.  Notified transferee court, |
| | | transferor court, involved judges. |
| 11/19/71 | 5a | ALEX SHULMAN (Plaintiff) Motion to Vacate CTo w/cert of service |
| 12/3/71 | | MUHLENBERG COLLEGE V. GUSTAVE L. LEVY, S.D.N.Y. 71 Civ. 4763 (DNE) |
| | | CTO entered.  Notified transferee, transferor judges and involved |
| | | counsel. |
| 12/8/71 | 6 | filed in open court - Alex Shulman v. Sea-First, W.D. Wash. 9760 |
| | | Goldman Sachs brief in opposition to motion to transfer w/cert. |

| Date | Pleading Number | |
|------|------|------|
| | | ~~SHARING PLAN V. GOLDMAN SACHS~~ |
| | | ~~S.D.N.Y., 71 Civ. 4446 (DNE) CTO entered today. Sent to Counsel~~ |
| | | ~~and involved judges.~~ |
| 12/21/71 | | ~~GUSTAVEXEXXXXXXXXX~~ MUHLENBERG COLLEGE V. GUSTAVE LEVY, S.D.N.Y. |
| | | 71 Civ. 4763 (DNE) - CTO Final Today |
| 2/7/72 | | ALEX SHULMAN V. SEATTLE-FIRST NATIONAL BANK, W.D.WASH., 9760 |
| | | OPINION AND ORDER transferring action to S.D. N.Y. |
| 2/7/72 | | ALEX SHULMAN V. SEATTLE-FIRST NATIONAL BANK, W.D.WASH, 9760 |
| | | ORDER - lifting stay of 10/21/71 CTO and transferring action |
| | | to S.D. New York for assignment to Judge Edelstein. |
| 3/29/72 | | ASSOCIATED HOSTS OF CALIF., INC. V. GOLDMAN, SACHS & CO. |
| | | CTO entered today. Notified counsel, involved judges. |
| 4/14/72 | | ASSOCIATED HOSTS OF CALIF., INC. V. GOLDMAN, SACHS & CO. CCAL 72-170 |
| | | CTO final today. Notified ~~XXXXXXXXXXXX~~ clerks and involved judges |
| 11/8/72 | | L. E. DIXON CO. V. GOLDMAN SACHS, S.D.N.Y. 72 Civ. 4201 |
| | | CTO entered today. Notified counsel. |
| 11/24/72 | | L.E. DIXON CO. V. GOLDMAN SACHS, S.D.N.Y. 72 Civ. 4201 |
| | | CTO final today. Notified transferee clerk, judge, transferor clerk |
| | | and judge. |
| 1/3/73 | 7 | MANUFACTURERS BANK AND TRUST CO. OF ST. LOUIS V. GOLDMAN SACHS & CO. |
| | | S.D.N.Y., CIVIL ACTION NO. 71 Civ. 2228 |
| | | Plaintiffs motion and brief for remand of action to the E.D. Missouri |
| 1/17/73 | 8 | GOLDMAN, SACHS & CO. opposition to motion to remand response and memo |
| | | w/cert. of service. |
| 1/24/73 | 9 | MANUFACTURES BANK & TRUST CO. OF ST. LOUIS memo in reply to plaintiffs |
| | | w/cert. of service. |
| 1/26/73 | 10 | LIAISON COUNSEL FOR PLAINTIFFS REQUEST FOR EXTENSION OF TIME TO |
| | | respond to remand motion |
| | | ORDER extending to liaison counsel 1/30/73 to file and serve said |
| | | response |
| 1/31/73 | 10a | LIAISON COUNSEL FOR PLAINTIFFS memo on motion to remand w/cert of service. |
| 2/6/73 | | MANUFACTURES BANK & TRUST CO. OF ST. LOUIS V. GOLDMAN SACHS & CO. |
| | | HEARING ORDER - (Motion to Remand) Feb. 23, 1973, Wash., D.C. |
| | | Notified counsel, involved judges |
| 2/12/73 | 10b | MGOLDMAN, SACHS & CO. memorandum in response to plaintiffs LC brief |
| 2/27/73 | | UNIV. OF KENTUCKY, ET AL. V. GUSTAVE L. LEVY, ET AL., E.D.KY |
| | | C.A. No. 2461. CTO entered today. Notified counsel, involved |
| | | judges. |
| 3/15/73 | | UNIV OF KENTUCKY, ET AL. V. GUSTAVE L. LEVY, ET AL., E.D.KY. 2461 |
| | | CTO final today. Notified clerks and involved judges. |
| 4/27/73 | | MANUFACTURES BANK & TRUST CO. OF ST. LOUIS v. GOLDMAN, SACHS |
| | | S.D.N.Y. 71 Civ. 2228 - OPINION AND ORDER denying plaintiffs |
| | | motion for remand |
| 12/13/73 | | A. C. MONK & CO. V. GOLDMAN SACHS & CO., S.D.N.Y. , 71 Civ. 2229 |
| | | CLINTON MILLS, INC V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 1675 |
| | | THORPE & RICKS, INC. V. GOLDMAN, SACHS & CO., S.D.N.Y. 71 Civ 1674 |
| | | MFG BANK & TRUST CO. OF ST. LOUIS V. GOLDMAN SACHS & CO., S.D.N.Y. |
| | | 71 Civ. 2228 ; Univ. of Ken. v. Levy, S.D.N.Y. 73 Civ. 1183 |
| | | ALTON BOX BOARD CO V. GOLDMAN SACHS & CO., S.D.N.Y. 73 CIV 1183 |
| | | TRANSP. MUTUAL INS. CO., s.d.n.y., 71 Civ. 4245 |
| | | SHULMAN V. SEA-FIRST NATIONAL, S.D.N.Y. 72 Civ. 616 |
| | | CONDITIONAL REMAND ORDERS ENTERED TODAY. NOTIFIED TRANSFEREE JUDGE |
| | | TRANSFEORO JUDGES, COUNSEL |
| 12/13/73 | 11 | JUDGE EDELSTEIN letter of Nov. 28 indicating remand of certain actions. |

| Date | Pleading Number | |
|---|---|---|
| 1/4/74 | | A.C. MONK V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 2229 |
| | | CLINTON MILLS, INC. V. GOLDMAN, SACHS, S.D.N.Y. 71 Civ. 1675 |
| | | THORPE & RICKS, INC. V. GOLDMAN, SACHS & CO., S.D.N.Y. 71 Civ. 1674 |
| | | MFG. BANK & TRUST CO. OF ST. LOUIS V. GOLDMAN SACHS, S.D.N.Y. 71 civ. 2228 |
| | | ALTON BOX BOARD CO. V. GOLDMAN SACHS, S.D.N.Y. 71 Civ. 2227 |
| | | UNIV. OF KENTUCKY V. GUSTAVE L. LEVY, S.D.N.Y. 73 Civ. 1183 |
| | | TRANS. MUTUAL INS. CO. V. GOLDMAN, SACHS., S.D.N.Y. 71 Civ. 4245 |
| | | CONDITIONAL REMAND ORDERS EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK, TRANSFEROR CLERKS, TRANSFEREE JUDGE, TRANSFEROR JUDGES. |
| 1/2/74 | 12 | ALEX SHULMAN V. SEA FIRST NATIONAL BANK, S.D.N.Y. 72 Civ 616 |
| | | Sea-Firsat National Bank opposition to Conditional Remand Order |
| | | ORDER - Staying CRO until further order of the Panel. Notified counsel, involved judge. |
| 1/16/74 | 13 | SHULMAN v. SEA-FIRST NATIONAL, S.D.N.Y., 72 Civ. 616 |
| | | Request from plaintiff for extension of time to file motion and brief to vacate CRO. ORDER - Extending to plaintiff 1/25/74 to file and serve CRO. Notified counsel. |
| 1/25/74 | 14 | SHULMAN V. SEA-first NATIONAL BANK, S.D.N.Y. 72 Civ.616 |
| | | SEA-FIRST Motion and Brief to Vacate CRO w/cert. of service |
| 2/26/74 | | SHULMAN V. SEA FIRST NATIONAL BANK, S.D.N.Y. 72 Civ 616 |
| | | HEARING ORDER entered today. Set for March 22, 1974, Denver, Colorado |
| 3/18/74 | 15 | SHULMAN V. SEA FIRST NATIONAL BANK, S.D.N.Y. 72 Civ. 616 |
| | | Request from parties to postpone hearing |
| | | ORDER Vacating hearing order entered on 2/26/74. Notified counsel |
| 4/19/74 | 16 | SHULMAN V. SEA FIRST NATIONAL BANK, S.D.N.Y., 72 Civ. 616 |
| | | Request from Sea. First National Bank to take no further action |
| 5/8/74 | 17 | SHULMAN V. SEA FIRST NATIONAL BANK, S.D.N.Y., 72 Civ. 616 |
| | | Request from SEA First to take no further action. |
| 4/14/75 | | SHULMAN V. SEA FIRST, S.D.N.Y., 72 Civ 616 |
| | | Letter from Counsel for Seattle First withdrawing opposition |
| 4/14/75 | | SHULMAN V. SEA FIRST, S.D.N.Y. 72 Civ. 616 |
| | | ORDER --- lifting stay and REMANDING action to the W.D. Washington for further proceedings, notified involved counsel, involved clerks, involved judges |

JP-56 - O&O of 1/25/71 - 322 F. Supp. 1021
" " " 4/9/71  325 F. Supp. 309
2/7/72  337 F. Supp. 1335
4/27/73  358 F. SUPP. 284

DOCKET NO. 56A  5/75

All cases remanded & terminated

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

Remd to tri judge 4/9/71  1/10/74  * Opinion + order assigning to J. Edelstein and third-party claims to J. Lord in E. Pa.

PENN CENTRAL COMMERCIAL PAPER LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| CP-A-1 | Welch Foods, Inc., et al. v. Goldman, Sachs & Co. *Terminated 10/17/74* | S.D. N.Y. 70 Civ. 4811 | | * | |
| CP-A-2 | Beedlo Corporation, etc. v. Goldman, Sachs & Co. *dismissed 9/25/72* | S.D. N.Y. 70 Civ. 3421 | | * | |
| CP-A-3 | American Automobile Insurance Co. v. DISM Goldman, Sachs & Co. *VOLUNTARY DISM 4/3/72* | N.D. Cal. C-70-2449-GSL | | * | 71 Civ. 1673 |
| CP-A-4 | Thorpe & Ricks, Inc. v. Goldman, Sachs & Co. *CEO 12/13/73* remand 1-4-74 | E.D. N.C. Civil 1204 | | * | 71 CIV 1674 |
| CP-A-5 | Homestake Mining Co. v. Goldman, Sachs & Co. *VOLUNTARY DISMISSAL 4/3/72* | N.D. Cal. C-71-76-GSL | | * | 71 Civ. 1676 |
| CP-A-6 | Pratt Institute v. Goldman, & Sachs & Co. *Reassigned* | S.D. N.Y. 71 Civ. 190 | | * | |
| CP-A-7 | Good Hope Corp. v. Goldman, Sachs & Co. *Reassigned* | S.D. N.Y. 71 Civ 191 | | * | |
| CP-A-8 | College Life Ins. Co. of America v. Goldman, Sachs & Co. *Reassigned* | S.D. N.Y. 71 Civ 381 | | * | |
| CP-A-9 | Getty Oil Co. v. Goldman, Sachs & Co. *terminated 3/19/75* | S.D. N.Y. 71 Civ 547 | | * | |
| CP-A-10 | Glen Oaks Club, Inc. v. Goldman, Sachs & Co. 4/29/71 *Reassigned* | S.D. N.Y. 71 Civ 756 | | 5/17/71 | 4/7/71 |
| CP-A-11 | Walt Disney Productions v Goldman, Sachs & Co. *VOLUNTARY DISMISSAL 71/3/72* | S.D. N.Y. 71 Civ. 575 | | * | |
| CP-A-12 | Diller Encino Co., et al. v. Goldman, Sachs & Co. *VOLUNTARY DISMISSAL 71/3/72* | S.D. N.Y. 71 Civ. 660 | | * | |
| CP-A-13 | Landmark Communications, Inc. v. Goldman, Sachs & Co. 4/29/71 *Reassigned* | S.D. N.Y. 71 Civ. 761 | | 5/17/71 | |
| CP-A-14 | University Hill Foundation v. Goldman, Sachs & Co. *Reassigned* | S.D. N.Y. 71 Civ. 1166 | | *5/13/71 | |
| CP-A-15 | Clinton Mills, Inc. v. Goldman, Sachs * Co. *CEO 12/13/73* remand 1-4-74 | S. C. 71-181 | | * | 71 CIV. 1675 |
| CP-A-16 | Olympia Brewing Co. v. Goldman, Sachs & Co. *Reassigned* | S.D. N.Y. 71 Civ. 1125 | DNE | *5/13/71 | |

reassigned in S.D. N.Y. per Edelstein order to 1/10/74

DOCKET NO. 56A

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

*Revised to the judges 1/10/4*

PENN CENTRAL COMMERCIAL PAPER LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| CP-A-17 | The Franklin Savings Bank in the City of New York v. Gustave L. Levy, et al. *4/29/71* *Reassigned* | S.D. N.Y. 71 Civ 882 | DNE | 5/17/71 | |
| CP-B-1 | Marine Midland Bank of New York, etc. v. Goldman, Sachs & Co. *4/29/71 Reassigned* | S.D. N.Y. Civ 1158 | | 6/17/71 | |
| CP-B-2 | University of Southern California v. Goldman, Sachs & Co. *4/29/71 Reassigned* | S.D. N.Y. 71 Civ 1268 | | 5/17/71 | |
| CP-B-3 | A. C. Monk & Co. v. Goldman, Sachs & Co. *CRO 12/13/73  4/29/71* *remand 1/4/74* | E.D. N.C. 728 | | 5/17/71 | 71 civ 2237 |
| CP-B-4 | Manufacturers Bank & Trust Co. of St. Louis v. Goldman, Sachs & Co. *4/29/71* *CRO 12/13/73* *denied remanded 1-4-74* | E.D. Mo. 71 C 161(2) | | 5/17/71 | 71 Civ 2236 |
| CP-B-5 | Mallinckrodt Chemical Works v. Goldman, Sachs, et al. *4/29/71 (Goldman, Sachs JP-56/0-27) (Dunn & Bradstreet JP-56/0-27 K-b 1)* | E.D. N.Y. 71 Civ 1437 | DNE | 5/17/71 11/8/71 | 11/8/71 |
| CP-B-6 | United States Trust Co. of New York, et al. v. Goldman, Sachs & Co. *4/29/71 VOLUNTARY DISMISSAL 4/3/72* | S.D. N.Y. 71 Civ 1295 | | 5/17/71 | |
| CP-B-7 | Dymo Industries, Inc. v. Goldman, Sachs & Co. *4/29/71 VOLUNTARY DISM 4/3/72* | S.D. N.Y. 71 Civ 1440 | ~~Tyler~~ | 6/17/71 | |
| ~~CP-B-8~~ | ~~Marine Midland Bank of New York, etc. v. Goldman, Sachs & Co.~~ | ~~S.D. N.Y. 71 Civ 1158~~ | | | |
| CP-B-9 | Alton Box Board Co. v. Goldman, Sachs & Co. *4/29/71  CRO 12/13/73 remanded 1-4-74* | E.D. Mo. 71 C 185(4) | | 5/17/71 | 71 Civ 2227 |
| CP-B-10 | California Institute of the Arts v. Goldman, Sachs & Co. *4/29/71 VOLUNTARY DISM 4/3/72* | S.D.N.Y. 71 Civ 1504 | | 5/17/71 | |
| CP-B-11 | Gulf & South American Steamship Co., Inc. v. Goldman, Sachs & Co. *4/27/71 11/19/74 terminated* | S.D.N.Y. 71 Civ 1272 | DNE | 5/17/71 | |
| CP-B-82 | Helen F. Manlowe v. Goldman, Sachs & Co. *Reassigned* | S.D.N.Y. 71 Civ 1316 | | 5/17/71 | |
| CP-B-12 | American Express Co. v. Goldman, Sachs & Co. *4/29/71 VOLUNTARY DISM 4/3/72* | S.D.N.Y. 71 Civ 1590 | | 5/17/71 | |

DOCKET NO. 56A

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation            ↘ *Remd to tre judges 1/10/4*

PENN CENTRAL COMMERCIAL PAPER LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| CP-B-13 | David Pesin v. Goldman, Sachs & Co. 5/6/71 *Reassigned* | S.D.N.Y. 71 Civ. 1750 | Tyler | 5/24/71 | 6/7/71 |
| CP-B-14 | Niagara Permanent Savings and Loan Association v. Goldman, Sachs & Co., et al. 5/13/71 *Reassigned* | S.D.N.Y. 71 Civ. 1554 | Tyler | 6/1/71 | |
| ~~CP-B-15~~ | ~~Union Bank v. D. H. Brassopright & Co., et al.~~ | S.D.N.Y. 71 Civ. 785 | | | |
| | *7 Transfers as of 6/30/71* | | | | |
| CP-B-15 | Alex Shulman v. Goldman, Sachs, & Co., et al. 7/23/71 *Terminated 11/19/74* | S.D.N.Y. 71 Civ. 1996 | Edelstein | 8/10/71 | |
| CP-B-16 | Greenwood Mills v. Goldman, Sachs & Co. *Terminated 4/23/75* | S.D.N.Y. 71 Civ. 2145 | Edelstein | 8/10/71 | |
| CP-B-17 | James M. Murphy, etc. v. Goldman, Sachs & Co. *Reassigned* | S.D.N.Y. 71 Civ. 2433 | Edelstein | 8/10/71 | |
| CP-B-18 | John R. Whitmore v. Goldman, Sachs & Co. 7/23/71 *Reassigned* | S.D.N.Y. 71 Civ. 2672 | Edelstein | 8/10/71 | |
| CP-B-19 | Carnegie-Mellon Univ. v. Goldman, Sachs & Co. 7/23/71 *Reassigned* | S.D.N.Y. 71 Civ. 2698 | Edelstein | 8/10/71 | |
| CP-B-20 | Clinton Wilder and the Bank of New York v. Gustave L. Levy, et al. JP-56-0-22 (Goldman,Sachs 3d pty act. trans (7/23/71)) JP-56/026 (Dunn & Bradstreet 3d pty act. trans. 10/21/71 | S.D.N.Y. 71 Civ. 2723 | Edelstein | 8/10/71 11/8/71 | 11/8/71 |
| CP-B-21 | Prentice-Hall and Subsidiaries, et al. Profit-Sharing Plan, et al. v. Goldman, Sachs & Co. 8/5/71 *Terminated 11/9/74* | S.D.N.Y. 71 Civ.2446 | EDELSTEIN | 8/23/71 | |
| CP-B-22 | Transportation Mutual Insurance Co. v. Goldman, Sachs & Co. 8/18/71 CRO 12/13/73 *Remanded 1-4-74* | Mass 71-1548-N | Wyzanski | 9/23/71 | S.D.N.Y 71 Civ 4245 |
| CP-B-23 | Catherdal Estates Inc., et al. v. Gustave L. Levy, et al. 10/21/71 *Reassigned* Goldman Sachs Dun & Bradstreet 10/21/71 | S.D.N.Y. 71 Civ. 2438 | Edelstein | 11/8/71 11/8/71 | 11/16/71 |
| CP-B-24 | Alex Shulman v. Seattle-First National Bank, et al 12/21/71 OPPOSED see E-3 GS v. P.C.T.C. 11/4/71 CRO 12/13/73 CRO opposed | W.D. Wash 9760 | | 2/2/72 Remand 4/14/75 | 72 C.u 616 |

*See CP-B-5 (Dunn & Bradstreet)*

DOCKET NO. 56A

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation ~~~~~ ✓ Remded 1/10/4 to trn judge

DOCKET NO. 56 -A - PENN CENTRAL COMMERCIAL PAPER LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| CP-B-25 | Muhlenberg College v. Gustave L. Levy, et al. ~terminated~ 1/3/75 Goldman Sachs Action 12/3/71 | S.D.N.Y. 71 Civ. 4763 | (DNE) | 12/21/71 | |
| | 8 Transfer to 19/13/74 - SAF  CPB-24 | | | | |
| CP-C-1 | Associated Hosts of California, Inc. v. Goldman, Sachs & co. dismissed 3/29/72 6/30/72 | C.D. Calif. 72-170 | JWC | 4/14/72 | 72 Civ. 1571 |
| CP-C-2 | L. E. Dixon Co. v. Goldman Sachs (11/8/72) Reassigned | S.D.N.Y. 72 Civ. 4202 | | 11/24/72 | 12/09/72 |
| CP-C-3 | University of Kentucky, et al. v. Gustave L. Levy, et al. 2/27/73 CRO 12/13/73 6/30/73 | E.D. Ky 2461 remanded 1-4-74 | | 3/15/73 | 73-1183 |
| xyz-1 | Peoples National Bank of Washington b. Gustave L. Levy, et al. (Before assignment Committee) | S.D.N.Y. 73 Civ 1218 | | | |

Verified by the Court
May 1975

Transfers        11
XYZ cases        35
                 ──
                 46

Remands          (8)
Reassigned       (2)
Dismissed        (17)
                 ──
Pending          0

DOCKET NO. 56A

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 56A- PENN CENTRAL COMMERCIAL PAPER LITIGATION

ADDITIONAL COUNSEL

| No. | Plaintiff | Defendant |
|---|---|---|
| | LIAISON COUNSEL FOR PLAINTIFFS *(JP-56)* | LIAISON COUNSEL FOR DEFENDANTS *(JP-56)* |
| | David Berger, Esq.<br>1622 Locust Street<br>Philadelphia, Penna. 19103 | Lewis H. Van Dusen, Jr., Esq.<br>Drinker, Briddle & Reath<br>1100 Philadelphia Nat'l Bank Bldg<br>Philadelphia, Penna. 19107 |
| | CO-LIAISON COUNSEL (NEW YORK) *(JP-56)*<br><br>Alfred S. Julien, Esq.<br>2 Lafayette Street<br>New York, New York | |
| CP-B-23 | Peter M. Brown, Esq.<br>Cadwalader Wickersham & Taft<br>One Wall Street<br>New York, New York  10005<br><br>*Same as CP-B-5* | SEATTLE FIRST NATIONAL BANK *(CP-B-24)*<br>Thomas A. Butler, Esq.<br>Keane, Butler & Grean<br>598 Madison Avenue<br>New York, New York  10022 |
| CP-B-24 | Ronald E. McKinstry, Esq.<br>Bogle, Gates, Dobrin, Wakefield &<br>  Long<br>14th Floor Norton Building<br>Seattle, Washington  98104 | THIRD-PARTY DEFENDANTS<br>  (Partners of Goldman, Sachs)<br>  Same as "Franklin Savings"<br>  GEORGE E. DOTY, ESQ. |
| CP-B-25 | *Same as CP-B-5* | See Goldman, Sachs p. 1 |
| CP-C-1 | Richard S. Berger<br>Gendel, Raskoff, Shapiro, & Quittner<br>6380 Wilshire Boulevard<br>16th Floor<br>Los Angeles, Calif.  90048 | |
| CP-C-2 | Lord, Day & Lord<br>25 Broadway<br>New York, New York  10004 | |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| CP-C-3 | R. Bruce Lankford, Esq.                    er<br>Room 2 - Administration Building<br>University of Kentucky<br>Lexington, Kentucky  40506 | |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 56A -- PENN CENTRAL COMMERCIAL PAPER LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| CP-A-1 | Daniel A. Pollack, Esquire<br>Pollack & Singer<br>61 Broadway<br>New York, New York  10006 | GOLDMAN, SACHS & CO. and individuals<br>William Piel, Jr., Esq.<br>Sullivan & Cromwell<br>48 Wall Street<br>New York, New York  10005 |
| CP-A-2 | Stuart D. Wechsler, Esquire<br>Kass, Goodkind, Wechsler & Gerstein<br>122 East 42nd Street<br>New York, New York  10017 | Gustave L. Levy      Thomas B. Walker, Jr.<br>Henry H. Fowler     George T. Boyer |
| CP-A-3 | Stephen A. Weiner, Esquire<br>Winthrop, Stimson, Putnam & Roberts<br>40 Wall Street<br>New York, New York  10005 | James C. Hemphill    Michael H. Coels<br>Edward A. Achrader   John C. Jamison<br>Stanley R. Miller    Richard L. Menschel<br>John L. Weinberg     Ross E. Traphagen, Jr<br>John C. Whitehead    Robert E. Anderson, J:<br>Charles E. Saltzman  Walter F. Blaine |
| CP-A-4 | James R. Trotter, Esquire<br>Spruill, Trotter & Lane<br>Peoples Bank & Trust Company Bldg.<br>Franklin Street at Western<br>Rocky Mount, North Carolina  27801 | Howard R. Young      John W. Callaghan<br>Arthur G. Altschul   Walter J. Creely<br>Charles L. Grannon   Miles J. Cruckshank<br>James D. Robertson   Robert V. Horton<br>L. Jay Tennebaum     Richard P. Oakley<br>Robert S. Danforth   John.H. Rhoades |
| CP-A-5 | E. Judge Elderkin, Esquire<br>Brobeck, Phleger & Harrison<br>111 Sutter Street<br>San Francisco, California  94102 | Richard J. Fay       Edith L. Sachs<br>H. Frederick Krimendahl<br>George E. Doty       Walter E. Sachs, Ind.<br>Donald R. Gant       Walter E. Sachs, Trst(<br>James P. Gorter      Harold S. Wass, Ind. |
| CP-A-6<br>CP-A-7 | Davidson, Dawson & Clark<br>345 Park Avenue<br>New York, New York  10022 | Peter A. Hager       Harold S. Wass, d/b/a<br>Lewis J. Kaufman        Goldman, Sachs & Co'<br>James S. Marcus<br>Alan L. Stein |
| CP-A-8 | Philip Kazon, Esquire<br>Graubard, Moskovitz, McGoldrick,<br>   Dannett & Horowitz<br>345 Park Avenue<br>New York, New York  10022 | J. Fred Wintz, Jr.   (All named defendants<br>Robert B. Menschel   in Franklin Savings<br>Robert E. Munchin    Case)<br>Sidney J. Weinberg, Jr.<br>Roberg G. Wilson<br>Lewis M. Westen |
| CP-A-9 | C. Lansing Hays, Jr., Esquire<br>Hecht, Hadfield, Hays, Landsman & Head<br>11 Broadway<br>New York, New York  10004 | Peter A. Levy<br>L. Thomas Melly |
| CP-A-10 | Reigh F. Klann, Esquire<br>Lord, Day & Lord<br>25 Broadway<br>New York, New York  10004 | George E. Doty, Esquire<br>Goldman, Sachs & Co.<br>55 Broad Street<br>New York, New York |

| No. | Plaintiff | Defendant |
|---|---|---|
| CP-A-11 | John J. Galgay, Esquire<br>445 Park Avenue<br>New York, New York | Dunn & Bradstreet<br>   William B. Rozell, Esq.<br>   White & Case<br>   14 Wall Street<br>   New York, New York   10005 |
| CP-A-12 | Same as CP-A-8   (Kazon) | |
| CP-A-13 | Da.<br>   Monroe E. Stein, Esquire<br>   424 Madison Avenue<br>   New York, New York   10017 | |
| CP-A-14 | Same as CP-A-11 (Galgay) | MANUFACTURERS HANOVER TRUST<br>   Roy L. Reardon, Esq<br>   Simpson Thacher & Bartlett<br>   One Battery Park Plaza<br>   New York, New York   10004 |
| CP-A-15 | Same as CP-A-4 (Trotter) | |
| CP-A-16 | Mitchel J. Valicenti, Esquire<br>Valicenti, Leighton, Reid & Pine<br>70 Pine Street<br>New York, New York   10005 | THIRD-PARTY DEFENDANTS |
| CP-A-17 | Robert S. Stitt, Esquire<br>Thacher, Proffitt, Prizer, Crawley<br>   & Wood<br>40 Wall Street<br>New York, New York  10005 | Penn Central Company<br><br>   Farage and Shrager<br>   836 Suburban Station Building<br>   Philadelphia, Pa.   19103<br><br>Penn Central Transportation Co.<br>   Edwin P. Rome, Esquire<br>   11th Floor, 4 Penn Center Plaza<br>   Philadelphia, Pa.   19103<br><br>Pennsylvania Co.<br>   Hugh L. Corroon, Esquire<br>   Potter, Anderson * Corroon<br>   350 Delaware Trust Building<br>   Wilmington, Delaware   19801 |
| CP-B-1 | Leo A. Larkin, Esquire<br>3 Hanover Square<br>New York, New York   10005 | |
| CP-B-2 | Same as CP-A-10 (Klann) | Stuart T. Saunders *Bennett G. Picker*<br>   Harry A. Takiff, Esquire<br>   1020 Suburban Station Building<br>   Philadelphia, Pennsylvania   19103 |
| CP-B-3 | Same as CP-A-4 (Trotter) | |
| CP-B-4 | *Chas. D. Long*<br>Allen A. Yoder, Esquire<br>Rassieur, Long, Yawitz & Schneider<br>314 N. Broadway<br>St. Louis, Missouri   63102 | David C. Bevan<br>   Edward C. German, Esquire<br>   La Brun & Doak<br>   1500 Seven Penn Center Plaza<br>   Philadelphia, Pa.   19103 |
| CP-B-5 | Peter M. Brown, Esquire<br>Cadwalader, Wickersham & Taft<br>One Wall Street<br>New York, New York   10005 | Jonathan O'Herron<br>   Henry T. Reath, Esquire<br>   Duane, Morris & Hecksher<br>   16th Floor, 100 S. Broad Street<br>   Philadelphia, Pa.   19110 |
| CP-B-6 | Same as CP-A-10 (Klann) | Peat, Marwick, Mitchell & Co.<br>   William E. Hegarty, Esquire<br>   Cahill, Gordon, Sonnett, Reindle & Ohl<br>   Eighty Pine Street<br>   New York, New York  10005 |

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 56A--PENN CENTRAL COMMERCIAL PAPER LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| CP-B-7 | Same as CP-A-8 (Kazon) | |
| CP-B-9 | John J. Cole, Esquire<br>611 Olive Street, Suite 1950<br>St. Louis, Missouri  63101 | |
| CP-B-10 | Reagan Goldfarb Powell & Quinn<br>445 Park Avenue<br>New York, New York 10022 | |
| CP-B-11 | William J. O'Brien<br>Kirlin, Campbell & Keating<br>120 Broadway<br>New York, New York 10005 | |
| CP-B-8 | Michael H. Greenberg<br>(Graubard Moskovitz McGoldrick<br>    Dannett & Horowitz) Same as CP-A-8 | |
| CP-B-12 | Winthrop, Stimson, Putnam & Roberts<br>40 Wall Street<br>New York, New York  100005 | |
| CP-B-13 | (Graubard Moskovitz McGoldrick<br>    Same as CP-A-8 | |
| CP-B-14 | (Graubard, Moskovitx McGoldrick)<br>    Same as CP-A-8 | |

*See Reverse*

| No. | Plaintiff | Defendant |
|---|---|---|
| ~~CP-B-15~~ | Epstein, Friedman and Duncan 1001 Connecticut Avenue, N.W. Washington, D. C. 20036 ⟨crossed out⟩ Moldover, Hauser, Strass and Volin 110 East 42nd Street New York, New York | R.W. PRESSPRICH & CO., INC. R. W. PRESSPRICH & CO. OVERSEAS, LTD WILLIAM I. STRUBB OFFICERS AND DIRECTORS OF R.W. PRESSPRICH & CO., INC. AND R.W. PRESSPRICH & CO. OVERSEAS, LTD Hughes Hubbard & Reed One Wall Street New York, New York ⟨crossed out⟩ UFITEC S.A. UNION FINANCIERE (s) UFITEC INTERNATIONAL LTD UFITEC (LONDON) LTD ABDULLAH K. ZILKHA MAURICE M. DWEK 108 Cannon Street London E.C. 4, England ALGEME BANK N.V. 62 Williams Street New York, New York THIRD-PARTY DEFENDANT PENN CENTRAL INTERNATIONAL N.V. |
| CP-B-15 | Same as CP-A-8 (Kazon) | |
| CP-B-16 | Edward Fuller 111 W. 40 St. New York, New York 10018 *app* | |
| CP-B-17 | Same as CP-A-6 (Davidson, Dawson & Clark) | |
| CP-B-18 | John J. Tommaney 29 Broadway, New York, New York 10006 | |
| CP-B-19 | Anderson & Allegaert 345 Park Ave., N.Y., N.Y. 10022 | |
| CP-B-20 | Emmet, Marvin & Martin 48 Wall St. New York, New York 10005 | |
| CP-B-21 | Richard J. Barnes Townley, Updike, Carter & Rodgers 220 East 42nd Street New York, New York 10017 | |
| CP-B-22 | ~~Roger J. Donahue, Esq.~~ John J. Murphy ~~Three Center Plaza~~ 10 Court St. Boston, Mass. 02108 | |

p. __1__

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 56A    --    PENN CENTRAL SECURITIES COMMERCIAL PAPER LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| PENN CENTRAL CO. | CP-B-15, CP-B-16, CP-B-17, CP-B-18 CP-B-19 CPB 20, 21; 22; 23DB; 5DB; 23GS; 5DB; CP-C-2 |
| PENN CENTRAL TRANS. CO. | CP-B-15 CP-B-16, CP-B-17, CP-B-18 CP-B-19 CP-B-20; 21; 22; 23DB; 5DB; 23GS; 5DB CPC-2 |
| PENNSYLVANIA CO. | CP-B-15, CP-B-16, CP-B-17, CP-B-18, CP-B-19 CP-B-20; 21; 22; 23DB; 5DB; 23GS; 5DB; CPC-2 |
| STUART T. SAUNDERS | CP-B-15 CP-B-16, CP-B-17, CP-B-18, CP-B-19 CP-B-20 21; 22; 23DB; 5DB; 23GS; 5DB, CP-C-2 |
| DAVID C. BEVAN | CP-B-15 CP-B-16, CP-B-17, CP-B-18, CP-B-19 CP-B-20; 21; 22; 23DB; 5DB; 23GS; 5DB; CP-C-2 |
| JONATHAN O'HERRON | CP-B-15 CP-B-16, CP-B-17 CP-B-18, CP-B-19 CP-B-20; 21; 22; 23DB; 5DB; 23GS; 5DB; CP-C-2 |
| PEAT, MARWICK, MITCHELL & CO. | CP-B-15, CP-B-16, CP-B-17, CP-B-18 CP-B-19 CP-B-20; 21; 22; 23DB; 5DB; 23GS; 5DB; CP-C-2 |
| Goldman, Sachs | 24 |
| | |
| | |